[Cite as *Chalmers v. Ohio State Pentitentiary*, 2009-Ohio-7024.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

TERONE CHALMERS

      Plaintiff

      v.

OHIO STATE PENITENTIARY

      Defendant

      Case No. 2007-09259

Judge Clark B. Weaver Sr.
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>

{¶ 1} On September 21, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2007-09259                - 2 -                    JUDGMENT ENTRY


_____
CLARK B. WEAVER SR.
Judge


cc:


Christopher P. Conomy                    Terone Chalmers, #383-950
Assistant Attorney General               Ohio State Penitentiary
150 East Gay Street, 18th Floor          878 Coitsville-Hubbard Road
Columbus, Ohio 43215-3130                Youngstown, Ohio 44505


Magistrate Steven A. Larson

MR/cmd
Filed November 17, 2009
To S.C. reporter December 29, 2009